**Electronically Filed
Supreme Court
SCAD-16-0000843
20-DEC-2016
11:21 AM**

SCAD-16-0000843

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

ROBERT SIBILIA,
Respondent.

---

ORIGINAL PROCEEDING
(ODC 16-0-143)

NOTICE AND ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition for issuance of a reciprocal discipline notice upon Respondent Robert Sibilia, filed on December 1, 2016 by the Office of Disciplinary Counsel (ODC) pursuant to Rule 2.15(b) of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the memorandum, declaration, and exhibits appended thereto, it appears that, on June 23, 2016, Respondent Sibilia was suspended by the California Supreme Court for misappropriating funds from three clients, conduct which, if engaged in this jurisdiction, would constitute a violation of Rule 1.15(c) of the Hawaiʻi Rules of Professional Conduct (1994). In light of the above, RSCH 2.15(b) requires issuance of a notice

to Respondent Sibilia that imposition of the same or substantially equivalent discipline will be imposed upon him, pursuant to RSCH Rule 2.15(c), in the State of Hawai'i, unless he shows cause as to why such discipline is unwarranted. Finally, it appears Respondent Sibilia is not in the State of Hawai'i, and that ODC has identified a California address that Sibilia has registered with the Hawai'i State Bar Association. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED that the Office of Disciplinary Counsel shall, in accordance with the service requirements of RSCH Rule 2.11, serve upon Respondent Sibilia (1) this Notice and Order, and (2) a certified copy of the stipulated discipline imposed by the California Supreme Court. Pursuant to RSCH Rule 2.11(a), service shall be effectuated by certified or registered mail to the California address registered by Respondent Sibilia with the Hawai'i State Bar Association.

IT IS FINALLY ORDERED that Respondent Sibilia shall inform this court, within 30 days after service of this notice, of his claim(s) and the reasons therefor as to why an equivalent or substantially equivalent discipline in the State of Hawai'i is unwarranted.

DATED: Honolulu, Hawai'i, December 20, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2